In the Matter of DENNIS BUTHY, Respondent. PEOPLE OF THE STATE OF NEW YORK, Appellant.—Order unanimously affirmed. Memorandum: As found by Supreme Court, the record establishes, by a preponderance of the evidence, that defendant does not have a dangerous mental defect and is not mentally ill within the meaning of CPL 330.20 (1) (d) and is, therefore, entitled to be released from in-patient status on conditions *(see,* CPL 330.20 [12]).

The testimony of the psychiatrist and the psychologist who testified for petitioner, State Commissioner of Mental Health, established that, although defendant has a paranoid personality, he is not psychotic and does not suffer from a dangerous mental disorder, he does not presently require medication, and in-patient status is no longer necessary. Other testimony established that, during defendant's 22-year stay at the psychiatric center, he did not exhibit any assaultive behavior. (Appeal from order of Supreme Court, Erie County, Ostrowski, J.—CPL 330.20.) Present—Denman, J. P., Boomer, Pine, Davis and Lowery, JJ.

AIRPORT ENTERPRISES, INC., Appellant, v COUNTY OF MONROE, Respondent.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Galloway, J. (Appeal from order of Supreme Court, Monroe County, Galloway, J.—summary judgment.) Present—Denman, J. P., Boomer, Pine, Davis and Lowery, JJ.